# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| VIRIDIS FOODS INC., ) | Case No. 3:23-bk-01586 |
| ) | Chapter 7 |
| Debtor. ) | Judge Charles M. Walker |
| ) | |
| ) | |

___

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES
___

COMES NOW the Undersigned, Joshua D. Hankins, and hereby files this Notice of Appearance and Request for Notices as attorney to represent USPG Indian Lake LLC in this matter.

The Undersigned hereby requests that the Unites States Bankruptcy Court Clerk and counsel for the Debtor add the Undersigned to the mailing matrix for this case. The Undersigned requests that copies of all notices and filing be sent to the Undersigned pursuant to the following:

>Joshua D. Hankins, Esq.
>HANKINS LAW
>117 Saundersville Road, Suite 205
>Hendersonville, Tennessee 37075
>Telephone / Facsimile: (615) 246-2544
>Email: josh@hankinslaw.com

1

DATED this 3rd day of May, 2023.

                                  Respectfully submitted,

                                  /s/ Joshua D. Hankins
                                  Joshua D. Hankins (BPR: #29499)
                                  HANKINS LAW
                                  117 Saundersville Road, Suite 205
                                  Hendersonville, Tennessee 37075
                                  Telephone / Facsimile: (615) 246-2544
                                  Email: josh@hankinslaw.com
                                  *Attorney for USPG Indian Lake LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Appearance and Request for Notices has been forwarded to all who receive notice be electronic means in this case, on this 3rd day of May, 2023.

                              /s/ Joshua D. Hankins
                              Joshua D. Hankins, Esq.